In Re:  )
**Rollie E Kearns**  )  Case No. _____
**Marci J Kearns**  )
)  **ELECTRONIC FILING DECLARATION**
)  **(FOR INDIVIDUAL DEBTORS)**
Debtor(s).  )

Check if Applicable

| | | |
|---|---|---|
| ☒ | Petition (Including Exhibit D if applicable) | Date Signed: __**1/22/14**__ |
| ☒ | Chapter 7 Debtor's Statement of Intention | Date Signed: __**1/22/14**__ |
| ☒ | Declaration Concerning Debtor's Schedules | Date Signed: __**1/22/14**__ |
| ☒ | Statement of Financial Affairs | Date Signed: __**1/22/14**__ |
| ☒ | Statement of Monthly Income | Date Signed: __**1/22/14**__ |
| ☐ | Other (specify): | Date Signed: _____ |

## PART I – DECLARATION OF DEBTOR(S)

I/We, the undersigned debtor(s), hereby declare under penalty of perjury that I/we:

1. signed each above-referenced document and gave it to my (our) attorney, whose name appears below;

2. authorize and instruct my (our) lawyer to:
   a. file the document(s) electronically, with "/s/" and my (our) typed name(s) in lieu of my (our) signature(s);
   b. file a scanned copy of this LBF #5005 electronically;
   c. scan and destroy the document(s), but not this LBF #5005; and
   d. retain a scanned electronic replica of the document(s), and the signed original of this form, for the period required by LBR 5005-4(e).

3. agree that the electronic copy of the document(s) my (our) lawyer retains may serve as the original for all purposes.

| | | |
|---|---|---|
| _/s/ Rollie Kearns_ | **Rollie E Kearns** | 1-22-14 / **1/22/14** |
| Signature of Debtor | Printed Name of Debtor | Date |
| _/s/ Marci Kearns_ | **Marci J Kearns** | 1-22-14 / **1/22/14** |
| Signature of Joint Debtor (if applicable) | Printed Name of Joint Debtor | Date |

## PART II – DECLARATION OF ATTORNEY

I declare under penalty of perjury that, to the best of my knowledge after appropriate inquiry, the signature on this LBF #5005 purporting to be that of the debtor(s) is in fact that of the debtor(s).

| | | |
|---|---|---|
| /s/ Todd N. Wilkinson | **Todd N. Wilkinson**  _Todd Wilkinson_ | 1/22/14 / **1/22/14** |
| Signature of Attorney | Printed Name of Attorney | Date |

5005 (12/17/12)