| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

In re )
**Rollie Eugene Kearns** )
**Marci Joy Kearns** ) Case No. **14–60235–tmr7**
Debtor(s) )
) NOTICE OF INTENT
) TO CLOSE CASE
) WITHOUT ENTRY OF
) DISCHARGE
)

April 8, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

It appearing a certification of completion of instructional course concerning financial management (debtor education) has not been filed by each debtor, now, therefore,

**NOTICE IS GIVEN** that, even if a debtor is otherwise eligible for a discharge, this case may still be closed, upon completion of all case administration, without entry of a Discharge Order for a noncomplying debtor, and without further notice per 11 USC §727(a)(11), unless, within 15 days of the FILED date above, a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (the course provider's certificate of completion and/or Official Form #B23) is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain Official Form #B23, go to www.uscourts.gov and click on Rules & Forms, then Official National Bankruptcy Forms.

To obtain a list of approved debtor education providers for the financial management course, go to www.justice.gov/ust and click on "Credit Counseling and Debtor Education" under Consumer Information.

                                                     Clerk, U.S. Bankruptcy Court
                                                     405 E 8th Ave #2600
                                                     Eugene, OR 97401